UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK WAYNE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | Case No. 1:22-cv-01580-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE OR SUBMIT AN IN FORMA PAUPERIS APPLICATION<br><br>(ECF No. 5) |

Plaintiff Fredrick Wayne Smith is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 12, 2022, the Court directed Plaintiff to submit an application to proceed in forma pauperis or pay the $402.00 filing fee within forty-five (45) days. (ECF No. 5) On December 19, 2022, the Court received a check for $400.00, which was returned to Plaintiff with instructions to submit the total amount of $402.00. (ECF No. 6.)

Plaintiff has not submitted an application to proceed in forma pauperis or paid the filing fee. Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall show cause within fourteen (14) days why the action should not be dismissed for failure to prosecute; and

2. The Clerk of Court shall not return any check received by Plaintiff for the filing fee in this action without a judicial order.

IT IS SO ORDERED.

Dated:   **February 7, 2023**

UNITED STATES MAGISTRATE JUDGE

1