# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK WAYNE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | Case No. 1:22-cv-01580-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 7) |

Plaintiff Fredrick Wayne Smith is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 12, 2022, the Court directed Plaintiff to submit an application to proceed in forma pauperis or pay the $402.00 filing fee within forty-five (45) days. (ECF No. 5) On December 19, 2022, the Court received a check for $400.00, which was returned to Plaintiff with instructions to submit the total amount of $402.00. (ECF No. 6.)

On February 8, 2023, the Court issued an order to show cause why the action should not be dismissed for failure to pay $402.00 filing fee in full. (ECF No. 7.)

On February 10, 2023, the Court received the $402.00 filing fee in full. Accordingly, it is HEREBY ORDERED that the order to show cause (ECF No. 7) is DISCHARGED, and the Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: **February 13, 2023**

UNITED STATES MAGISTRATE JUDGE

1