UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WAYNE SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01580-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Docs. 2, 10) |

The assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion for a preliminary injunction. (Doc. 10.) Plaintiff timely filed objections. (Doc. 12.) The objections are extremely difficult to understand, but appear to assert, among other things, that Plaintiff's personal property, including documentation related to a stabbing in 2010, has been confiscated.

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The objections do not address the defects identified in the findings and recommendations, most particularly the fact that Plaintiff has not established the imminent irreparable harm required to support a preliminary injunction. Thus, the Court **ORDERS**:

　　1.　　The findings and recommendations issued on February 16, 2023 (Doc. 10), are **ADOPTED IN FULL**.

2. Plaintiff's motion for a preliminary injunction (Doc. 2) is **DENIED**.

IT IS SO ORDERED.

Dated: __March 9, 2023__

_____
UNITED STATES DISTRICT JUDGE