# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK WAYNE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | Case No. 1:22-cv-01580-JLT-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 24, 25) |

Plaintiff Frederick Wayne Smith is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 15, 2023, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on September 12, 2023, before Magistrate Judge Barbara A. McAuliffe, and stayed the case.  (ECF No. 24.)  The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On June 19, 2023, Defendant filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time.  (ECF No. 27.)

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for September 12, 2023, before Magistrate Judge Barbara A. McAuliffe is VACATED;

1

2. The stay of this case is lifted; and

3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: __**June 20, 2023**__

UNITED STATES MAGISTRATE JUDGE

2